IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

EDWARD ARNEILL HARPER                                                            PLAINTIFF

V.                          CASE NO. 10-CV-4063

CAPTAIN BELLEW, Texarkana Work
Release Center; BOBBY LONG, Plant
Manager; M&M Milling; and the
TEXARKANA WORK RELEASE
PROGRAM                                                    DEFENDANTS

## **JUDGMENT**

Before the Court is the Report and Recommendation filed September 20, 2010, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 12). Judge Bryant recommends that Planitiff Edward Arneill Harper's complaint be dismissed because the claims are frivolous or fail to state claims upon which relief can be granted. Harper has responded with objections. (Doc. 15).

Harper objects to Judge Bryant's finding that his complaint fails to state claims upon which relief can be granted. The Court has conducted a *de novo* review of the entire file. After careful consideration, the Court adopts the thorough reasoning of Magistrate Judge Bryant and will dismiss Harper's complaint for the reasons stated in the Report and Recommendation dated September 20, 2010 (Doc. 12). Because Judge Bryant correctly concluded that Harper's complaint fails to state claims upon which relief can be granted, Harper's objections to the Report and Recommendation are overruled.

For reasons stated herein and above, as well as those contained in Judge Bryant's Report and Recommendation (Doc. 12), Plaintiff Harper's complaint is **DISMISSED**.  The dismissal of this case will constitute a strike under the provisions of 28 U.S.C. § 1915(g).  The clerk is instructed to place a  § 1915(g) strike flag on the case.

**IT IS SO ORDERED**, this 10th day of May, 2011.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge